FILED
2015 Mar-03  AM 10:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SEDRICK COLEMAN, )
)
    Petitioner )
)
vs. ) Case No. 5:14-cv-00343-JHH-HGD
)
STATE OF ALABAMA, et al., )
)
    Respondents )

**MEMORANDUM OPINION**

On January 26, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. A copy of the report and recommendation mailed to petitioner at his last known address was returned to the court on February 6, 2015, marked "no longer at this address." Petitioner filed a notice of change of address on February 9, 2015, and a copy of the report and recommendation was mailed to petitioner at his new address on February 9, 2015. To date, no objections to the magistrate judge's report and recommendation have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate

judge.  The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the <u>3rd</u>  day of March, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE